Transit Trucking Company, Appellant, v. Charles Gaitsch, Appellee.

Gen. No. 10,895. (Abstract of Decision.)

Second District.

April 27, 1956.

Released for publication May 16, 1956.

Corrigan & Mackay, for appellant; Rathje & Woodward, for appellee; John S. Woodward, of counsel. Opinion by JUSTICE EOVALDI. Not to be published in full.